# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135487

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DELANO DION EVANS,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 135487
COA: 279396
Monroe CC: 05-034552-FH

_____/

On order of the Court, the application for leave to appeal the November 8, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

s0317

Clerk